

Opinions of the United
States Court of Appeals
for the Third Circuit

9-1-2004

# Barker v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 02-3927

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Barker v. Atty Gen USA" (2004). *2004 Decisions.* Paper 294.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/294

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 02-3927
_____

SANDRA BARKER,
Petitioner

v.

John Ashcroft, Attorney General of
the United States,
Respondent

_____

On Petition for Review of an Order of the Board of Immigration Appeals
INS No.  A23 913 939
_____

Submitted Under Third Circuit LAR 34.1(a) December 16, 2003

Before: ROTH, McKEE, and ROSENN, <u>Circuit Judges</u>

_____

ORDER
_____

The opinion in this case will now be designated for publication.

BY THE COURT:


<u>/s/ Max Rosenn</u>
Circuit Judge


Dated: September 1, 2004